☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Yvonne Toneya Handy,**  Case No.

Debtor:  Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**  **4491 Rainford Cove**
**Memphis, TN 38128-1919**

**PLAN PAYMENT:**
**Debtor** shall pay $ **375.00**  ☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From: **Wen Tennessee LLC**  OR ( ) **DIRECT PAY**
**Grand Rapids, MI 49503**

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]  ☑ YES  ☐ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION  ☑ YES  ☐ NO
   OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].  ☐ YES  ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**  Monthly Plan Payment:

**None**  Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
ongoing payment begins _____  $ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-**  Amount  $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☑ Paid by Trustee to:

**Chase Home Mortgage**  ongoing payment begins **06/01/2020**  $**504.31**
Approximate arrearage: **6,540.00**  Interest **0.00**%  $**120.00**

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]  Value of Collateral:  Rate of Interest  Monthly Plan Payment:
**-NONE-**  $

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]  Value of Collateral:  Rate of Interest  Monthly Plan Payment:
**Springleaf Financial Services**  **173.05**  **5.25**  $**40.00**
 **2005 Chevrolet Trailblazer V8 LS 2WD**
 **VIN: 1GNDS13S352221738**

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                                                              Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

Amount:                Rate of Interest        Monthly Plan Payment:

-NONE-                                                                                                                                           $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

US Department of Education                        ☐   Not provided for   **OR**  ☑  General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $23,095.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐       _____ %, OR,
☑       **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Acima Credit Fka Simpl: Furniture                    ☑  Assumes  **OR**  ☐  Rejects.
Progressive: Furniture                               ☑  Assumes  **OR**  ☐  Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**
             Pre-confirmation adequate protection payments shall be 25% of proposed Plan payments for secured claims.

     **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ *James D. Gentry*                                                       Date  **March 4, 2020**                      .
**James D. Gentry (#020776), Debtor's Counsel
Gentry Arnold, PLLC
5100 Poplar Ave, Ste 2008
Memphis, TN 38137-2008
(901) 591-8800
JGentry@GentryArnold.com**